IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| MARIA ROBLES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:16-CV-00016 |
| STATE FARM LLOYDS AND | § | |
| AND RENE RODRIGUEZ | § | |
| | § | |
| Defendants. | § | JURY REQUESTED |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

MARIA ROBELS, Plaintiff, and STATE FARM LLOYDS and RENE RODRIGUEZ, Pursuant to Federal Rule of Civil Procedure 41, hereby agree and stipulate that this action is dismissed WITH PREJUDICE. The Parties also hereby agree and stipulate that all Parties shall be solely responsible for their own costs and attorney's fees incurred as a result of this action..

This Stipulation is effective as of the filing of this Stipulation of Dismissal with prejudice.

1

Respectfully submitted,

| | |
|---|---|
| **Dated: June 8, 2016** | **Dated: June 8, 2016** |
| By: */s/ Wes Holland* | By: */s/ Rachel R. Skinner* |
| Wes Holland | Jane E. Bockus |
| wholland@anglawfirm.com | jbockus@dykema.com |
| William N. Allan, IV | Rachel R. Skinner |
| wallan@anglawfirm.com | rskinner@dykema.com |
| **Allan, Nava, Glander & Holland, PLLC** | **Dykema Cox Smith** |
| 13409 NW Military Hwy, Suite 300 | 112 E. Pecan St., Ste. 1800 |
| San Antonio, Texas 78231 | San Antonio, Texas 78205 |
| (210) 305-4220 – Office | 210-554-5500 – Telephone |
| (210) 305-4219 – Fax | 210-226-8395 – Fax |
| *Attorneys for Plaintiff, Maria Robles* | *Attorneys for Defendants, State Farm Lloyds and Rene Rodriguez* |

## CERTIFICATE OF SERVICE

I certify that on June 8, 2016, I filed the foregoing electronically, using the Court's CM-ECF system, which will automatically send a copy of this filing to all persons who are registered to receive court filings in this action.

>   */s/ Wes Holland*
>   Wes Holland

4844-5884-4464.1
733737.54